COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Gracepoint Holding Company, LLC v. FJR Sand, Inc.

Appellate case number:   01-19-00574-CV

Trial court case number:   2018-23155

Trial court:             270th District Court of Harris County

This is an accelerated appeal from the trial court's denial of appellant's motion to abate and compel arbitration. Appellant has filed an unopposed motion to stay trial court proceedings pending disposition of the appeal. Appellant states that the underlying case is set for trial on October 21, 2019.

The motion is **granted**. *See* TEX. R. APP. P. 29.3. Trial court proceedings are ordered stayed pending disposition of this appeal.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
         ☑ Acting individually    ☐ Acting for the Court

Date: ___September 24, 2019___